ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 3:24 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00064-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 3:24:28 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District

TEXAS STATE BOARD OF SOCIAL WORKER EXAMINERS, ET AL.,

*Appellants,*

*v.*

KATHERIN YOUNIACUTT AND TAMMY THOMPSON,

*Appellees.*

On Appeal from the
345th Judicial District Court, Travis County

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants move to extend the time to file their opening appellants' brief by 30 days, from the current deadline of May 19, 2025, to a proposed new deadline of June 18.

## I.

The clerk's record and reporter's record in this case were filed on April 29, 2025, making appellants' brief due on May 19. Tex. R. App. P. 38.6(a). Appellants now request a 30-day extension of the time to file that brief, which would create a new deadline of June 18. This is Appellants' first request for an extension.

## II.

This extension is not sought for delay but to accommodate the schedule of Appellants' counsel, Beth Klusmann. Ms. Klusmann's recent and upcoming

deadlines include drafting or assisting with the follow briefs: (1) reply brief on the merits in *State of Texas v. JRJ Pusok Holdings, LLC*, No. 24-0447, due in the Texas Supreme Court on May 19; (2) amicus brief in *South Plains Sno, Inc. v. Eskimo Hut Worldwide, Ltd.*, No. 24-0353, requested by the Texas Supreme Court and currently due May 23; and (3) appellee's brief in *Rojas v. State of Texas*, No. 01-25-00268-CV, currently pending in the First Court of Appeals and due June 2. Ms. Klusmann is also assisting a colleague prepare for oral argument before this Court in *Texas A&M University v. Snider*, No. 15-24-00071-CV, on May 20. And the Attorney General's Office will be closed for Memorial Day. Moreover, because Ms. Klusmann is new to the case, additional time to review the record and to research and analyze the issues presented in this appeal will allow for a thorough and helpful brief.

Accordingly, Appellants request an additional 30 days in which to prepare their appellants' brief. Appellees do not oppose this motion.

## Prayer

For the foregoing reasons, Appellants respectfully request that the Court grant them a 30-day extension to file their appellants' brief, creating a new deadline of June 18.

Respectfully submitted.

Ken Paxton
Attorney General of Texas

Aaron L. Nielson
Solicitor General

Brent Webster
First Assistant Attorney General

/s/ Beth Klusmann
Beth Klusmann
Assistant Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

State Bar No. 24036918
Beth.Klusmann@oag.texas.gov

Counsel for Appellants

## Certificate of Conference

I certify that on May 9, 2025, I conferred by email with James Knight, lead counsel for Appellees, and he does not oppose this motion.

/s/ Beth Klusmann
Beth Klusmann

3

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Beth Klusmann
Bar No. 24036918
toni.shah@oag.texas.gov
Envelope ID: 100727235
Filing Code Description: Motion
Filing Description: 20250512 Youniacutt MET
Status as of 5/12/2025 3:31 PM CST

Associated Case Party: Katherin Youniacutt and Tammy Thompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Arif Panju | 24070380 | apanju@ij.org | 5/12/2025 3:24:28 PM | SENT |
| James T. Knight II | | jknight@ij.org | 5/12/2025 3:24:28 PM | SENT |

Associated Case Party: Texas State Board of Social Workers Examiners, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 5/12/2025 3:24:28 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 5/12/2025 3:24:28 PM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 5/12/2025 3:24:28 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 5/12/2025 3:24:28 PM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 5/12/2025 3:24:28 PM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 5/12/2025 3:24:28 PM | SENT |
| Claire Purple | | cpurple@ij.org | 5/12/2025 3:24:28 PM | SENT |